UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                    08-cr-753 (PKC)

          -against-                                       ORDER

JOSE CABRERA,

                          Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        The government is directed to respond to the defendant's application for relief under 18 U.S.C. § 3582(c) by December 22, 2020. The defendant may reply by January 8, 2021.

        SO ORDERED.

                                                                      P. Kevin Castel
                                                     United States District Judge

Dated:  New York, New York
           December 7, 2020