UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                    Plaintiff,                              08-cr-753 (PKC)

      -against-                                    ORDER

JOSE CABRERA,

                    Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

          An Order of December 7, 2020 directed the government to respond to the

defendant's motion brought under 18 U.S.C. § 3582(c) by December 22, 2020.  (Docket # 58.)

To date, no response has been filed by the government.

          The government is directed to respond to the motion no later than January 20,

2021.  The government is further directed to explain in writing why it failed to comply with the

Court's previous deadline.

          SO ORDERED.

                                                  P. Kevin Castel
                                       United States District Judge

Dated: New York, New York
       January 13, 2021