UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                          Plaintiff,                          08-cr-753 (PKC)

      -against-                                   ORDER

JOSE CABRERA,

                          Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        An Order of December 7, 2020 directed the government to respond to the defendant's motion brought under 18 U.S.C. § 3582(c) by December 22, 2020. (Docket # 58.) The government did not respond, and the Court issued an Order on January 13, 2021 that directed the government to respond no later than January 20, 2021, and to explain its prior failure to respond. (Docket # 59.) The government filed no response.

        The government is ordered to respond to defendant's motion no later than March 30, 2021. The government is further directed to explain in writing why it has twice failed to comply with the Court's orders.

        SO ORDERED.

                                                                 P. Kevin Castel
                                                     United States District Judge

Dated: New York, New York
            March 23, 2021